# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of | CASE NO:  2:22−ad−00001−PSG |
| Russell Alan Robinson | ORDER TO SHOW CAUSE |
| California State Bar # 163937 | |

This Court has received notice that the attorney named above has been disbarred from the practice of law by the Supreme Court of California, effective July 30, 2021. Accordingly, the attorney named above is HEREBY ORDERED TO SHOW CAUSE, in writing, within 30 days of the date of this order, why he or she should not be disbarred from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

If the attorney does not contest the imposition of disbarment from this Court or does not respond to this order to show cause within the time specified, the Court shall issue an order of disbarment. A response to this order to show cause must make the showing required in Local Rule 83-3.2. In addition, at the time a response is filed, the attorney must produce a certified copy of the entire record

1   from the other jurisdiction or bear the burden of persuading the Court that less

2   than the entire record will suffice. *See* Local Rule 83-3.2.3.

3       A response to this order to show cause and any related documentation may

4   be filed electronically, in accordance with the Court's local rules, or manually, at

5   the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street,

6   Room 180, Los Angeles, California 90012, Attn: Civil Intake. All documents filed

7   must include the case number in the caption.

8       Unless stated otherwise by order of the Court, an attorney who has been

9   disbarred from the Bar of this Court because of a disbarment by the Supreme

10  Court of California will be reinstated to the Bar of this Court upon proof of

11  reinstatement as an active member in good standing in the State Bar of

12  California.

13      An attorney registered to use the Court's Electronic Case Filing System

14  (ECF) who is disbarred by this Court will not have access to file documents

15  electronically until the attorney is reinstated to the Bar of this Court.

16

17

18

19  Date: January 12, 2022    _____

20                                           PHILIP S. GUTIERREZ
                                             CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28